THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DOMINICO CALABUR, Respondent.

Reported below, 91 App. Div. 529.
(Argued April 25, 1904; decided May 3, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1904, which reversed a judgment of the Kings County Court entered upon a verdict convicting the defendant of the crime of assault in the first degree and granted a new trial.

The motion was made upon the grounds that the Appellate Division reversed the judgment of conviction as a matter of discretion and that, therefore, no questions of law are presented which the Court of Appeals has jurisdiction to review.

*Francis L. Corrao* for motion.

*John F. Clark, District Attorney (Robert H. Roy* of counsel), opposed.

Motion denied.